UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: 17-1031

| | |
|---|---|
| NOELLE D. JOHNSON | : |
| v. | : civil action no: 17-1031 |
| SCOTT & ASSOCIATES, PC AND MIDLAND FUNDING, LLC | : |

## NOTICE OF DISMISSAL

TO THE CLERK OF COURT:

Kindly dismiss the above matter pursuant to Local Rule 41.1(b).

Dated: May 31, 2017         BY: MPF8441/s/*Michael P. Forbes*
                            Michael P. Forbes, Esquire
                            Attorney for Plaintiff
                            Law Office of Michael P. Forbes, PC
                            Attorney I.D. #55757
                            200 Eagle Road
                            Suite 50
                            Wayne, PA  19087
                            (610)293-9399